IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DUSTY ANDREW CHAVIS, )
)
       Plaintiff, )
)
v. ) 1:15-CV-78
)
SOUTHERN HEALTH PARTNERS, )
et al., )
)
       Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on January 25, 2016, was served on the parties in this action. In his Recommendation, the Magistrate Judge recommended that the plaintiff's motion for a preliminary injunction be denied. (Doc. No 50). No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for a preliminary injunction, (Doc. 26), is **DENIED**.

This the 18th day of February, 2016.

                                                                   UNITED STATES DISTRICT JUDGE